

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,685-01

### EX PARTE JAROD LEE WESENBERG, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12-09-00055-CRL-A IN THE 81ST DISTRICT COURT
### FROM LA SALLE COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of two counts of aggravated assault and sentenced to forty years' imprisonment on each count. He did not appeal his convictions. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that trial counsel advised him that his sentences would run concurrently with sentences he would receive in Illinois. Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial

court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether Applicant was convicted and sentenced in Illinois; if so, whether his present sentences are running concurrently with his Illinois sentence(s); counsel advised Applicant that his sentences would run concurrently; counsel was deficient; and if so, Applicant would have pleaded not guilty but for counsel's advice. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 23, 2020
Do not publish